# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ADAM XIONG,**
**ADC #171864**                                                                                             **PLAINTIFF**

**V.**                   **CASE NO. 5:19-CV-217-JM-BD**

**DARRYL GOLDEN**                                                                         **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Any party may file written objections with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If the parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion**

Adam Xiong, formerly an Arkansas Department of Correction (ADC) inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In September 2019, after Mr. Xiong was released from ADC custody, he notified the Court of his new address. (#17) On October 25, 2019, Defendant Golden mailed Mr. Xiong a Notice to Depose. (#19-1 at p.2) The deposition was scheduled for

November 13, 2019, at 10:30 a.m. Mr. Xiong did not appear for his scheduled deposition. (*Id.* at pp.1-10) Accordingly, Defendant Golden has moved to dismiss Mr. Xiong's claims. (#19)

To date, Mr. Xiong has not responded to Defendant Golden's motion, and the time allowed for filing a response has passed.

### III. Conclusion

The Court recommends that Defendant Golden's motion to dismiss (#19) be GRANTED. Mr. Xiong's claims should be DISMISSED, without prejudice, based on his failure to prosecute this lawsuit. Based on Mr. Xiong's *in forma pauperis* status, the Court should deny Defendant Golden's request that he be paid $150.00 for the services of a certified court reporter.

DATED this 14th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE