IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM XIONG,
ADC #171864                                                              PLAINTIFF

V.                      CASE NO. 5:19-CV-217-JM-BD

DARRYL GOLDEN                                                            DEFENDANT

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere. Neither party has filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Golden's motion to dismiss (docket entry #19) is GRANTED. Mr. Xiong's claims are DISMISSED, without prejudice, based on his failure to prosecute this lawsuit. Defendant Golden's request for an order requiring Mr. Xiong to pay court reporter expenses is DENIED.

IT IS SO ORDERED, this 3rd day of February, 2020.

UNITED STATES DISTRICT JUDGE