IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM XIONG,
ADC #171864                                                                    PLAINTIFF

V.                          CASE NO. 5:19-CV-217-JM-BD

DARRYL GOLDEN                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

DATED this 3rd day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE